UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE,

Plaintiff,

-v-

WONDERLABS, INC.,

Defendants.

CIVIL ACTION NO. 26 Civ. 3607 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 7). Pursuant to Federal Rule Civil Procedure 4(m), Plaintiff Braulio Thorne ("Plaintiff") was required to serve a summons and the complaint (Dkt. No. 1 (the "Complaint")) on Defendant Wonderlabs, Inc. ("Defendant") by July 30, 2026. See Fed. R. Civ. P. 4(m). To date, Plaintiff has not filed the required proof of service. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file proof of service of the summons and Complaint on Defendant to **August 14, 2026**.

Plaintiff is warned that failure to file proof of service of the summons and Complaint on Defendant by **August 14, 2026** may result in the undersigned recommending that the Court dismiss Plaintiff's claims against Defendant for failure to prosecute.

Dated: New York, New York
July 31, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**